# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-0320

_____

DONNA JAY BARGER,

  Appellant,

  v.

STATE OF FLORIDA,

  Appellee.

_____

On appeal from the Circuit Court for Walton County.
J. Ryan Love, Judge.

August 7, 2025

PER CURIAM.

  DISMISSED for lack of jurisdiction.

LEWIS, NORDBY, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Donna Jay Barger, pro se, Appellant.

No appearance for Appellee.